**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397 (wcamy@porterscott.com)
Dylan T. Dewit, SBN 327363 (ddewit@porterscott.com)
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF COLUSA, COLUSA COUNTY SHERIFF'S DEPARTMENT,
and JOE GAROFALO

*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF HAILE NEIL, TARA KUCK, and MICHAEL NEIL, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF COLUSA, COLUSA COUNTY SHERIFF'S DEPARTMENT, CALIFORNIA FORENSIC MEDICAL GROUP, INC. JOE GAROFALO, and DOE 1 to 50, <br><br> Defendants. <br> _____/ | Case No. 2:19-cv-02441-TLN-DB <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO DISCLOSE EXPERTS** <br><br><br> Complaint Filed:  December 5, 2019 |

This Stipulation is entered into by and between Plaintiffs ESTATE OF HAILE NEIL, TARA KUCK, and MICHAEL NEIL ("Plaintiffs") and Defendants COUNTY OF COLUSA, COLUSA COUNTY SHERIFF'S DEPARTMENT, and JOE GAROFALO ("Defendants") through their counsel of record.

The Court previously set the deadline to disclose experts to be 60 days after the close of discovery, which in this case the parties calculate to be November 10, 2020. Dckt. No. 3. The Court also set the deadline to disclose supplemental/rebuttal experts to be 30 days after the disclosure of expert

witnesses, which in this case the parties calculate to be December 10, 2020. Id. The Court's Order provides that discovery of expert witnesses should be completed "in a timely manner in order to comply with the Court's deadline for filing dispositive motions."

Given the issues presented by this case, including Plaintiffs' pending Motion for Leave to Amend their Complaint, the parties have conferred and agree to continue the above stated disclosure deadlines approximately 60 days, to January 11, 2021 for expert disclosures and to February 10, 2021, for supplemental/rebuttal experts. The parties submit good cause exists to extend the aforementioned deadlines. The parties further submit that continuing the aforementioned deadlines will not impact the Court's schedule. Specifically, continuing these deadlines will not disturb the last day to file dispositive motions and/or the trial date.

**IT IS SO STIPULATED.**

Dated:  October 15, 2020                    PORTER SCOTT
                                            A PROFESSIONAL CORPORATION

                                            By   */s/ William E. Camy*
                                                  William E. Camy
                                                  Dylan T. Dewit
                                                  Attorneys for Defendants

Dated:  October 15, 2020                    LAW OFFICE OF MARK E. MERIN

                                            By  */s/ Mark E. Merin*
                                                  Mark E Merin
                                                  Paul H. Masuhara
                                                  Attorneys for Plaintiffs

## **ORDER**

Based upon the Stipulation of the parties:

1. The deadlines previously set for the disclosure of expert witnesses and supplemental/rebuttal expert witnesses are vacated. .

2. The new deadline to disclose expert witnesses is January 11, 2021.

3. The new deadline to disclose supplemental/rebuttal expert witnesses is February 10, 2021.

**IT IS SO ORDERED.**

DATED: October 15, 2020

 Troy L. Nunley
 United States District Judge