**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397 (wcamy@porterscott.com)
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF COLUSA, COLUSA COUNTY SHERIFF'S DEPARTMENT, and BRITTNEY CUNNINGHAM

*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF HAILE NEIL, TARA KUCK, and MICHAEL NEIL, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF COLUSA, COLUSA COUNTY SHERIFF'S DEPARTMENT, and BRITTNEY CUNNINGHAM, <br><br> Defendants. <br> _____/ | No. 2:19-cv-2441 TLN DB <br><br> **STIPULATION AND PROTECTIVE ORDER** |

The parties hereby stipulate as follows:

{02243993.DOCX}                                1

1.      On July 30, 2020, the Court entered a protective order for this matter. See <u>Dckt. No. 27</u>.

2.      Thereafter, Plaintiffs served Request for Production of Documents, Set Four, on Defendant County of Colusa pursuant to FRCP Rule 34.

3.      Defendants contend that documents responsive to Plaintiffs' requests contain confidential and sensitive information and should only be produced pursuant to a protective order. Defendants further contend those documents should be added to list of documents set forth in Section 1 of <u>Dckt. No. 27</u>. Specifically, Defendants contend the following:

    a.      Defendant Brittney Cunningham's personnel file shall be marked confidential and produced pursuant to the terms set forth in <u>Dckt. No. 27</u>.

    b.      References in the documents to confidential, sensitive, and personal information, such as social security number(s), private medical or mental health information, including information of third parties, etc., shall be redacted and produced pursuant to the terms set forth in <u>Dckt. No. 27</u>.

4.      Plaintiffs agree that the documents identified by Defendants above should be added to <u>Dckt. No. 27</u> and may be produced pursuant to the terms of that order. Plaintiffs reserve the right to challenge the designation(s) by Defendants as set forth in Section 4 of <u>Dckt. No. 27</u>.

**IT IS SO STIPULATED.**

Dated:  February 24, 2023

PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/ *William E. Camy*
    William E. Camy
    Attorney for Defendants

Dated:  February 24, 2023

LAW OFFICE OF MARK E. MERIN

By  /s/ *Mark E. Merin*
    Mark E Merin
    Paul H. Masuhara
    Attorneys for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation, the documents and information identified in the above stipulation shall be added to Section 1 of the Protective Order previously entered in this action as <u>Dckt. No. 27</u>.

**IT IS SO ORDERED.**

DATED: February 24, 2023                /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE