UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF HAILE NEIL, et al., | No. 2:19-cv-2441 TLN DB |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF COLUSA, et al., | |
| Defendants. | |

On May 5, 2023, plaintiffs filed a motion to compel and noticed the motion for hearing before the undersigned on May 26, 2023, pursuant to Local Rule 302(c)(1). (ECF No. 61.) Pursuant to Local Rule 251 the parties filed a Joint Statement re Discovery Disagreement on May 12, 2023. (ECF No. 62.)

The parties' Joint Statement states that the parties met and conferred on May 5, 2023, and that same day plaintiffs "filed the instant motions." (Id. at 7.) The Joint Statement reflects no further meet and confer between the parties. The undersigned's Standard Information re discovery disputes set forth on the court's web page explains that parties must meet and confer prior to filing a discovery motion and "must again confer in person or via telephone or video conferencing" prior to the filing of the joint statement. See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db. The parties in this action were explicitly advised of this in the

1

undersigned's June 16, 2020 order. (ECF No. 24.) Plaintiffs' motion therefore will be denied without prejudice to renewal to a motion that complies with the Local Rules and the undersigned's Standard Information.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' May 5, 2023 motion to compel (ECF No. 61) is denied without prejudice to renewal; and

2. The May 26, 2023 hearing is vacated.

DATED: May 22, 2023

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\neil2441.m&c.den.ord