**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397 (wcamy@porterscott.com)
Dylan T. Dewit, SBN 327363 (ddewit@porterscott.com)
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF COLUSA, COLUSA COUNTY SHERIFF'S DEPARTMENT,
and BRITTNEY CUNNINGHAM

*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF HAILE NEIL, TARA KUCK, and MICHAEL NEIL,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF COLUSA, COLUSA COUNTY SHERIFF'S DEPARTMENT, and BRITTNEY CUNNINGHAM,<br><br>    Defendants.<br>_____/ | Case No. 2:19-cv-02441-TLN-DB<br><br>**ORDER ON DEFENDANTS' REQUEST TO SEAL**<br><br>Complaint Filed:  December 5, 2019<br>FAC Filed: September 29, 2021<br>SAC Filed: September 19, 2022 |

Defendants COUNTY OF COLUSA, COLUSA COUNTY SHERIFF'S DEPARTMENT, and BRITTNEY CUNNINGHAM hereby request that the Index of Exhibits (Doc No. 73-3) and Request to Seal be sealed because of the personal identifiers including Plaintiff's full date of birth and Social Security Number.

Defendants' redacted version of ECF 73-3, sent to the Court and Plaintiff's counsel, will serve as the substitute/replacement for ECF 73-3.

**IT IS SO ORDERED.**

Dated: December 11, 2023

_____
Troy L. Nunley
United States District Judge